■ In the Matter of TINA M. NEWBURY, Respondent, v AARON NEWBURY, Respondent, and GEORGIA NEWBURY, Appellant. [858 NYS2d 645]—Appeal from an order of the Family Court, Oneida County (Charles C. Merrell, J.), entered January 16, 2007 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded custody of Alexis N. to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Green, Pine and Gorski, JJ.